UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                                  :          **ORDER**
v.                                :
                                  :          13 CR 804 (VB)
                                  :
ANTHONY WATKINS,                  :
                    Defendant.    :
-----------------------------------------------------x

ELECTRONICALLY FILED

Having reviewed defendant Anthony Watkins's request for early termination of supervised release dated January 14, 2022, consulted with Mr. Watkins's probation officer, who consents to the request, and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Watkins's conduct and the interest of justice.

Accordingly, supervised release is terminated, and defendant Anthony Watkins is discharged therefrom, effective immediately.

Dated: January 18, 2022
       White Plains, NY

                              SO ORDERED:


                              Vincent L. Briccetti
                              United States District Judge